UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

------------------------------------------------------x

JAMES BLEDSOE,                          :
an individual,                          :        CASE NO.: 5:26-cv-701-AVH-KDM
                                        :
            Plaintiff,                  :        Judge:  Hon. Alexander C. Van Hook
vs.                                     :
                                        :        Magistrate: Hon. Kayla D. McClusky
BURRO VILLAGE, LLC,                     :
                                        :
            Defendant.                  :

------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, James Bledsoe, files this Notice of Voluntary Dismissal With Prejudice and, upon representing that all claims herein against the Defendant, Burro Village, LLC, have been amicably resolved, hereby dismisses the above-captioned case, with prejudice.  Dated this  27th day of April, 2026.

Respectfully Submitted,

/s/ Andrew D. Bizer
THE BIZER LAW FIRM, L.L.C.
Attorney for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

1

## CERTIFICATE OF SERVICE

I hereby certify that on or about April 27th, 2026, the foregoing pleading has been or will be sent to all parties via email and/or via CM/ECF notice.

By:/s/ Andrew D. Bizer
**ANDREW D. BIZER**